

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ATLANTIC INDUSTRIAL INC., A/K/A ATLANTIC SCAFFOLDING COMPANY AND FAUSTINO MURILLO, | § | No. 08-12-00093-CV |
|  | § | Appeal from |
| Appellants, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| EUGENE BLAIR, III, | § | (TC # 2006-5947) |
| Appellee. | § |  |

## J U D G M E N T

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the judgment of the court below and render that the Appellee take nothing against Appellants. The judgment in all other respects is affirmed. We further order that the Appellants recover from Appellee all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF AUGUST, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.